**Motion Granted; Order filed March 18, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00058-CV
_____

**WILLIAM WADE BARTLETT, Appellant**

**V.**

**LORI LEE  BARTLETT, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-55541**

## O R D E R

The clerk's record was filed February 19, 2014. Appellant filed a motion to supplement the record with relevant items that have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). We **GRANT** the motion and issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 4, 2014**, containing **the Exhibits to appellant's motion for summary judgment filed March 6, 2013**, specifically:

**Movant's Exhibit 1, a true and correct copy of the Final Decree of Divorce;**

**Movant's Exhibit 2, a true and correct copy of Responses to Requests for Admissions;**

**Movant's Exhibit 3, a true and correct copy of Responses to Answers to Written Interrogatories;**

**Movant's Exhibit 4, a true and correct copy of Movant's Affidavit;**

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM